## VERIFICATION

I, Scott Warheit, as guardian for George R. Warheit, his father, verify that I am the Plaintiff in this action and that the statements made in the foregoing **COMPLAINT** are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

11-4-18
Date

Scott Warheit, as guardian
for George R. Warheit, his father