IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT WARHEIT, as guardian for GEORGE R. WARHEIT, his father, | : | CIVIL ACTION |
| | : | |
| | : | No: |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAYBROOK-C LATROBE OPCO, LLC d/b/a THE GROVE AT LATROBE; and THE UNITED STATES OF AMERICA, | : | |
| Defendants. | | |

**CERTIFICATE OF MERIT AS TO DEFENDANT MAYBROOK-C LATROBE OPCO, LLC d/b/a THE GROVE AT LATROBE**

I, C.J. Engel, Esquire, attorney for the Plaintiffs, certify that:

✓ An appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the Complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

-AND-

✓ The claim that Defendant, Maybrook-C Latrobe Opco, LLC d/b/a the Grove at Latrobe, deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

SWENSEN & PERER

February 21, 2019_____          */s/ C.J. Engel*_____
Date                                                              C.J. Engel, Esquire, Attorney for Plaintiffs