IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCOTT WARHEIT, as guardian for
GEORGE R. WARHEIT, his father,

    Plaintiff,

v.

MAYBROOK-C LATROBE OPCO, LLC
d/b/a THE GROVE AT LATROBE; and
THE UNITED STATES OF AMERICA,

    Defendants.

CIVIL ACTION NO. 2:19-cv-228

JUDGE NORA BARRY FISCHER

*(Electronic Filing)*

## RELEASE OF ALL CLAIMS

KNOW ALL MEN BY THESE PRESENTS: That I, Scott Warheit, as guardian for George R. Warheit, for and in consideration of the One Hundred and Seventy-Five Thousand Dollar ($175,000.00) settlement, and that certain Stipulation for Compromise Settlement entered into between counsel for the Plaintiff and counsel for the United States of America, Defendant in the above-captioned proceeding, and intending to be legally bound thereby, do hereby release and forever discharge the United States of America and all others directly or indirectly liable, their officers, agents, employees, servants, heirs, executors, administrators, successors, and assigns,* of and from any and all claims and demands, actions and causes of action, suits, damages, debts, judgments, claims for death, disability, personal injuries and property damage, both known and unknown, including future developments thereof, attorney fees, out of pocket expenses, costs, loss of service and companionship, compensation, consortium, contribution and indemnity, and expenses arising from any act or occurrence on account of, in any way growing out of, in consequence of or resulting from the subject matter of the above-captioned action, for which suit was filed in the United States District Court for the Western District of Pennsylvania at Civil

\* It is recognized that Plaintiff is simultaneously executing a separate Release with the Maybrook Defendant.

Action No. 2:19-cv-228.

I agree that this settlement is in full compromise of doubtful and disputed claims, both as to the question of liability and as to the nature, extent, and permanency of such damages and that this payment is not to be construed as an admission of liability. I additionally agree that, to the extent that there are any outstanding medical bills and/or liens that are related to the allegations in the above-captioned action, they will be satisfied out of the proceeds from this settlement.

I further release and discharge the United States of America, its agents, employees, servants, heirs, executors, administrators, successors and assigns from all claims and demands whatsoever at law and in equity from any and all insurance companies and any other persons or organizations who have or claim to have subrogated or assigned claims or liens arising out of the subject matter of this suit, and I hereby promise, agree and covenant to defend, protect, indemnify and hold harmless the United States of America from any and all such claims or any actions and proceedings thereon.

This Release and the Stipulation for Compromise Settlement contain the ENTIRE AGREEMENT between the parties hereto, and the terms of this Release are contractual and not a mere recital.

I further state that I have carefully read and signed the Release on my own behalf.

Executed this __26__ day of __November__, 2019.

**CAUTION: READ BEFORE SIGNING**

X_____ Guardian
SCOTT WARHEIT,
AS GUARDIAN FOR GEORGE R. WARHEIT
Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WARHEIT, as guardian for GEORGE R. WARHEIT, his father, | |
| Plaintiff, | CIVIL ACTION NO. 2:19-cv-228 |
| v. | JUDGE NORA BARRY FISCHER |
| MAYBROOK-C LATROBE OPCO, LLC d/b/a THE GROVE AT LATROBE; and THE UNITED STATES OF AMERICA, | *(Electronic Filing)* |
| Defendants. | |

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Plaintiff, Scott Warheit, as guardian for George R. Warheit, and the United States of America, by and through their respective attorneys, as follows:

1. That the parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. That Defendant, the United States of America, agrees to settle the above matter in the amount of One Hundred and Seventy-Five Thousand Dollars ($175,000.00) ("the Settlement"). The above-described Settlement shall be in full settlement and satisfaction of any and all claims and demands, including, but not limited to, attorney fees, out of pocket expenses, liens, and costs which said Plaintiff or any heirs, executors, administrators or assigns of George R. Warheit may now have or may hereafter acquire against Defendant, the United States of America, its agents, employees and servants on account of the alleged negligence of Defendant.

3. That Plaintiff hereby agrees to accept said Settlement in full settlement and satisfaction of any kind and all claims and demands including, but not limited to, attorney fees, out of pocket expenses and costs which he or any heirs, executors, administrators, or assigns of George

R. Warheit may have against Defendant, the United States of America, its agents, employees and servants on account of the incident or circumstances giving rise to the allegations in the Complaint filed in the above-captioned case.

4.   That this agreement shall not constitute an admission of liability or fault on the part of Defendant, the United States of America, or any of its agents, employees.

5.   Payment of the settlement amount will be made by electronic fund transfer to the account of Swensen & Perer, as follows:

| Field | Value |
|---|---|
| Payee Account name: | Swensen & Perer, IOLTA Account |
| Financial Institution: | Key Bank |
| Address: | 437 Grant St., Pgh, PA 15219 |
| Routing Number: | 222370440 |
| Account Number: | 007900778692 |
| Account Type: | IOLTA |
| Federal Tax ID No.: | 25-1383430 |

6.   That Plaintiff shall file with the Clerk of the above Court, a Stipulation of Dismissal of the above action with prejudice and without costs.

7.   That Plaintiff agrees that he shall furnish to Defendant, the United States of America, a Release from any and all insurance companies, subrogation claims and any other assigned claims arising out of or related to the subject matter of this suit and that Plaintiff shall indemnify and hold harmless the Defendant, the United States of America, its agents, employees and servants from any and all such claims, suits, actions or proceedings thereon.

X _____ Guardian
SCOTT WARHEIT, AS GUARDIAN FOR GEORGE R. WARHEIT
Plaintiff

Dated: 11-26-19

_____
C. ENGEL, ESQUIRE
Counsel for Plaintiff

Dated: 11-12-19

_____
KAREN GAL-OR
Assistant U.S. Attorney
Counsel for Defendant the United States of America

Dated: 12-2-19

3