IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT WARHEIT, as guardian for GEORGE R. WARHEIT, his father, | : |
| | : Civil Action No. 2:19-cv-00228 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MAYBROOK-C LATROBE OPCO, LLC d/b/a THE GROVE AT LATROBE; and THE UNITED STATES OF AMERICA, | : |
| | : |
| Defendants. | : |

**ORDER OF COURT**

AND NOW, to wit, this **3rd** day of **December**, 2019, it is hereby ORDERED

that the settlement reached in this matter is approved, and that distribution shall be made as

follows:

- Gross Settlement                                                    $200,000.00

- Attorney Fee                                                         $52,083.33
  *(25% on USA portion of $175,000 = $43,750)*
  *(33 1/3% on The Grove portion of $25,000 = $8,333.33)*

- Attorney Cost Reimbursement                                          $4,095.08

- PA DHS lien repayment:                                               $17,148.88

- Medicare lien repayment:                                             $12,252.40

- Net to client:                                                       $114,420.31

Plaintiff's Counsel shall distribute the client net to Scott Warheit, guardian of the estate of

George Warheit. Further, Counsel shall escrow the above lien amounts. Any escrow money

remaining after full repayment of the liens shall be distributed to Scott Warheit, guardian of the

estate of George Warheit. The Plaintiff shall file a discontinuance with prejudice upon the

signing of this Order.

BY THE COURT:

_____, J.